UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand and 23,

Samaan
v.
City of New York

STIPULATION
Docket Number: 23-547

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 7/19/2023

_____
Attorney for Appellant
Anthony Ofodile, Law Offices of Anthony Ofodile
Print Name and Firm

Date: 7/28/23

_____
Attorney for Appellee
Jonathan Popolow, NYC Law Dept.
Print Name and Firm